```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 11-cr-52-PB

**James Karahalios, et al.**


### O R D E R

Defendant Patrick Chasse has moved through counsel to continue the June 7, 2011 trial in the above case to September 20, 2011, citing an impending superseding indictment and complexity of the case which require additional time to prepare for trial.  The government and co-defendants, James and Matthew Karahalios, do not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 7, 2011 to September 20, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of

justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The court will hold a final pretrial conference on Tuesday, August 30, 2011 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 9, 2011

cc: John Paul Kacavas, Esq.
Terry Ollila, Esq.
Kevin E. Sharkey, Esq.
Bjorn Lange, Esq.
Andrew Schulman, Esq.
United States Marshal
United States Probation